**Demovsky Lawyer Service**
DLS
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ING Solutions, LLC and Bidux, LLC,

        Plaintiff,

   -against-

JP Morgan Chase, NA

        Defendant.
------------------------------------------------------------X

Civil Action No. CR10-0355

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                         S.S.:
COUNTY OF NEW YORK)

    RAFAEL CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

    That on the 29th day of January, 2010, at approximately 12:00pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon JP MORGAN CHASE BANK, NA, c/o CT Corporation System at 111 Eighth Avenue, New York, NY by personally delivering and leaving the same with AIXA FLORES, who informed deponent that she is a Process Specialist authorized by appointment to receive service at that address.

    Aixa Flores is a tan (Latin) female, approximately 36 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 140 pounds with brown hair and brown eyes wearing glasses.

_____
RAFAEL CARVAJAL, #1324162

Sworn to before me this
2nd day of February, 2010

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com