YESKOO HOGAN & TAMLYN, LLP
Attorneys for Plaintiffs
ING Solutions, LLC and Bidux, LLC
909 Third Avenue, 28th Floor
New York, New York 10022
212-983-0900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| ING Solutions, LLC and Bidux, LLC, | : | No.1:10-cv-0355 (JBW)(MLO) |
| Plaintiffs, | : | ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION |
| -against- | : | |
| JP Morgan Chase Bank, NA, | : | |
| Defendant. | : | |

-------------------------------------------------------------X

Upon the affidavit of Jurgis Plikaitis sworn to the 28th day of January, 2010, the Affirmation of Richard C. Yeskoo sworn to the 2d day of February, 2010, the memorandum of law and the copy of complaint hereto annexed, it is

ORDERED, that the above named defendant JP Morgan Chase Bank, NA show cause before this Court, at room __, United States Court House, Cadman Plaza East in Kings County and State of New York on February __,2010 at 10:00am, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 FRCP enjoining the defendant(s) during the pendency of this action from withholding plaintiffs deposit from withdrawal; and it is further

ORDERED, that service of a copy of this order and annexed affidavit upon the defendant(s) or its counsel by Fed Ex priority overnight deliver on or before February __, 2010 shall be deemed good and sufficient service thereof.

DATED: February __, 2010  
Brooklyn, New York

_____  
United States District Judge